**Elaine WRIGHT, Plaintiff–Appellant,**

v.

**METROPOLITAN LIFE INSURANCE COMPANY, Defendant–Appellee.**

**No. 06–12327**

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 2006.

Christopher D. Vaughn, Melville Johnson, Atlanta, GA, for Plaintiff–Appellant.

Elizabeth Johnson Bondurant, Tiffany D. Downs, Carter & Ansley, Atlanta, GA, for Defendant–Appellee.

---

Before ANDERSON and BARKETT, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court is due to be affirmed for the reasons discussed at oral argument.

AFFIRMED.

* Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by designation.